UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LONG DUONG,

Defendant.

Case No. CR12-41RSL

ORDER DENYING MOTION TO AMEND CONDITIONS OF HOME DETENTION

This matter comes before the Court on Defendant's "Motion to Amend Conditions of Home Detention of Defendant, Mr. Long Duong" (Dkt. # 227). Having considered the facts set forth in the motion, the government's response, and remainder of the record, the Court DENIES Defendant's motion. Defendant may be out of the home for work for no more than sixty (60) hours per week.

DATED this 10th day of September, 2013.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION - 1